FILED

2015 Feb-02  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHIRLEY WILLIAMS,** | } | |
| | } | |
| **Petitioner,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:14-cv-00269-RDP** |
| | } | |
| **CHASE HOME FINANCE, LLC,** | } | |
| | } | |
| **Respondent.** | } | |

### MEMORANDUM OPINION

On January 9, 2015, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge.  (Doc. 14).  On January 23, 2015, Petitioner filed objections to the Magistrate Judge's Report and Recommendation.  (Doc. 15).  On January 27, 2015, the case was assigned to the undersigned for all further proceedings.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Petitioner's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge.  The court further **ACCEPTS** the recommendations of the Magistrate Judge that Respondent Chase Home Finance, LLC's Motion to Dismiss, or Alternatively, for Summary Judgment (Doc. 7) is due to be granted.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this February 2, 2015.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE